UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME MENDOZA-SALAZAR<br><br>Defendant. | Criminal Case No. 11CR4730 - GT<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case, formerly scheduled for Monday, January 30, 2012 at 9:30 a.m., be changed to Monday February 9, 2012 at 9:30a.m., before this Court.

DATE: 11-17-11

HONORABLE GORDON THOMPSON JR.
United States District Judge

FILED
NOV 18 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY